| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | SAMANTHA JAFFE<br>Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N<br>1301 Clay Street |
| 5 | Oakland, CA 94612<br>Telephone:  (510) 637-3500 |
| 6 | Facsimile:   (510) 637-3507<br>Email:         Samantha_Jaffe@fd.org |
| 7 | |
| 8 | Counsel for Defendant Baltazar |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELICA R. BALTAZAR,<br><br>Defendant. | Case No.: 23–MJ-71666-MAG<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS RE IDENTITY/REMOVAL HEARING, RULE 20, AND ARRAIGNMENT |

Ms. Baltazar made her initial appearance on November 6, 2023. The parties are communicating with the charging district to discern whether a Rule 20 is a viable option, or whether the case is going back to the Eastern District of North Carolina. Defense counsel needs additional time to do so. Defense counsel is set for trial next week.

Accordingly, the parties respectfully request that this Court continue the status set for tomorrow, November 9, 2023, to November 20, 2023, at 10:30 a.m. The continuance will enable counsel for the defense to fully explore whether a Rule 20 is an option in this case.

STIPULATION TO CONTINUE ~~BOND HEARING~~ STATUS RE ID/REMOVAL HEARING; STATUS RE RULE 20 AND ARRAIGNMENT
*BALTAZAR*, ~~CR 23-CR-00317-HSG-2~~ 4:23-mj-71666-MAG-1

1

|   |   |
|---|---|
| Dated: November 8, 2023 | Respectfully submitted,<br><br>JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>SAMANTHA JAFFE<br>Assistant Federal Public Defender |
| Dated: November 8, 2023 | ISMAIL J. RAMSEY<br>United States Attorney<br>Northern District of California<br><br>_____/S/_____<br>NOAH STERN<br>Assistant United States Attorney |

STIPULATION TO CONTINUE ~~BOND HEARING~~ STATUS RE ID/REMOVAL HEARING; STATUS RE RULE 20 AND ARRAIGNMENT
*BALTAZAR*, ~~CR 23-CR-00317-HSG-2~~ 4:23-mj-71666-MAG-1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELICA  BALTAZAR,<br><br>　　　　　Defendant. | Case No.:  23–MJ-71666-MAG<br><br>[PROPOSED] ORDER TO CONTINUE STATUS HEARING |

　　　Based on the agreement of the parties in the stipulation above, the status hearing presently set for November 9, 2023, at 10:30 a.m., is vacated.  This matter is reset to November 20, 2023, at 10:30 a.m.

　　　　　IT IS SO ORDERED.

Dated:　　　November 8, 2023

_____
THE HON. KANDIS A. WESTMORE
United States Magistrate Judge