AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

NOV 20 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | Case No.  23-mj-71666-MAG-1  (KAW) |
| v. | |
| ANGELICA R. BALTAZAR, | Charging District:  Eastern District of North Carolina |
| Defendants. | Charging District's Case No.:  5:19-MJ-02396-KS |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  The time and place to appear in that court are as follows:

| | |
|---|---|
| Place:  United States Courthouse 201 South Evans St., Rm 209 Greenville, NC 27858 | Courtroom No.:  TBD Date and Time:  TBD |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: November 20, 2023

_Kandis Westmore_
Kandis A. Westmore
United States District Judge

*Transfer_No-Custody_CR_AO 467_CSA*
*rev. 3-19*